IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANTHONY MASSIMILLA,**                    **07-CV-198-BR**

      **Plaintiff,**                        **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

      **Defendant.**

    Based on the Court's Opinion and Order issued January 25, 2008,

    **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 28th day of January, 2008.

                                  /s/ Anna J. Brown

                                  ANNA J. BROWN
                                  United States District Judge

JUDGMENT