WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 APR 28 14:24USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANTHONY MASSIMILLA,**                               CV # 07-198-BR

    Plaintiff,

vs.                                                                    ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Attorney fees in the amount of $6,250.00 are hereby awarded to Plaintiff's attorney, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount

of $175.00 are awarded pursuant to 28 U.S.C. § 1920.  The checks shall be mailed to Attorney

Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 28th day of _____April_____, 2008.

_____
United States District Judge

Submitted on April 23, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1