WILBORN LAW OFFICE, P.C.  FILED '08 MAY 08 12:38 USDC-ORP
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANTHONY MASSIMILLA,**                                  CV 07-198-BR

   Plaintiff,

vs.                                                       ORDER

**COMMISSIONER of Social Security,**

   Defendant.

_____

Attorney fees in the amount of $22,909.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,250.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Plaintiff's attorney may keep the larger of the two fee awards. The agency is directed to send to Plaintiff's attorney (at his current address shown above) the fee awarded, minus any user fee.

DATED this 8th day of May, 2008.

/s/ Anna J. Brown
United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1